UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF DAVID COTTON : | NO.: 3:01 CV 1203 (AVC) |
| : | |
| v. : | |
| : | |
| RICHARD J. BOWEN, IV, JEFFREY : | |
| ANGELL, TOWN OF WINDSOR LOCKS : | OCTOBER 24, 2003 |

## NOTICE OF APPEAL

The defendants, RICHARD J. BOWEN, DANIEL SQUIRES, JEFFREY ANGELL, and the TOWN OF WINDSOR LOCKS, hereby gives notice and appeals to the United States Court of Appeals for the Second Circuit from the following Judgment or Order: Endorsement Order dated September 29, 2003 by *Covello, J.*, denying the defendants' Motion for Summary Judgment dated December 29, 2002.

A copy of said Order is attached. The Judgment or Order in this action was entered on September 29, 2003.

THE DEFENDANTS,
RICHARD J. BOWEN, IV, JEFFREY
ANGELL, DANIEL SQUIRES and
TOWN OF WINDSOR LOCKS

By_____
Thomas R. Gerarde, ct05640
John J. Radshaw, III, ct19882
Howd & Ludorf
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361

## CERTIFICATION

     This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 24th day of October, 2003.

Kimball Haines Hunt, Esquire
HUNT, LEIBERT, CHESTER & JACOBSON, P.C.
50 Weston Street
Hartford, CT 06120

                                              Thomas R. Gerarde
                                              John J. Radshaw, III

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF DAVID COTTON | NO.: 3:01 CV 1203 (AVC) |
| v. | |
| RICHARD J. BOWEN, IV, JEFFREY ANGELL, TOWN OF WINDSOR LOCKS | DECEMBER 30, 2002 |

### MOTION FOR SUMMARY JUDGMENT

Pursuant to Fed.R.Civ.P. 56, the defendants, RICHARD J. BOWEN, IV, JEFFREY ANGELL, and the TOWN OF WINDSOR LOCKS, hereby move for summary judgment in their favor.

In support of their motion, the defendants offer as follows:

1. The defendants are protected by the doctrine of qualified immunity;

2. The plaintiff has failed to state a claim based on the Connecticut Constitution;

3. The defendants are protected by governmental immunity from the plaintiff's state law negligence claims;

4. The defendants' use of force was justified by Conn. Gen. Stat. §53a-22;

5. The plaintiff's decedent's own contributory negligence is a complete bar to his recovery as a matter of law; and

6. Any claim implicating medical judgment or negligence fails to state a claim upon which relief may be granted because the complaint was not accompanied by a certificate of good faith as required by Conn. Gen. Stat. §52-190a.

```
3:01CV1203(AVC).  September 29, 2003.  Having reviewed the
submissions of counsel, the court concludes that there are
genuine issues of material fact.  The motion for summary judgment
(document no.  32) is therefore DENIED.
```

_____
Alfred V. Covello, U.S.D.J.

**Exhibit A**