UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF DAVID COTTON | : | NO.:  3:01 CV 1203 (AVC) |
| | : | |
| v. | : | |
| | : | |
| RICHARD J. BOWEN, IV, JEFFREY | : | |
| ANGELL, TOWN OF WINDSOR LOCKS | : | November 5, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendants move for an extension of time to complete the Joint Trial Memorandum in this case.

In support of this motion, the defendants offer:

1. They filed a notice of appeal of the Court's September 29, 2003 decision on October 24, 2003.
2. The appeal is now pending and docketed in the Court of Appeals for the Second Circuit.
3. They had no reason to believe that the plaintiff was filing one-half of the Joint Trial Memorandum.
4. In fact, the defendants only learned of the filing when they received the plaintiff's compliance in the mail on November 5, 2003.
5. The undersigned counsel has made several telephone calls to the plaintiff's counsel and cannot ascertain his position.

Accordingly, the defendants seek an extension of time to complete the Joint Trial Memorandum until 45 days after any decision on this case by the Court of Appeals.

- 2 -

        THE DEFENDANTS,
        RICHARD J. BOWEN, IV, JEFFREY
        ANGELL, DANIEL SQUIRES AND
        TOWN OF WINDSOR LOCKS

        /s/ John J. Radshaw, III
        Thomas R. Gerarde, ct05640
        John J. Radshaw, III, ct19882
        Howd & Ludorf
        65 Wethersfield Avenue
        Hartford, CT  06114-1190
        (860) 249-1361

## C E R T I F I C A T I O N

This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 5th day of November 2003.

Kimball Haines Hunt, Esquire
HUNT, LEIBERT, CHESTER & JACOBSON, P.C.
50 Weston Street
Hartford, CT 06106

        /s/ John J. Radshaw, III
        Thomas R. Gerarde
        John J. Radshaw, III