UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


Settlement Conference Calendar

Honorable J. Read Murphy, PJO
450 Main Street
Hartford
Chambers Room #125-Annex
~~October 29~~, 2002
*November 6,*

10:00 a.m.

RESCHEDULED FROM SEPTEMBER 17 & 26, 2002


NOTICE TO COUNSEL: ALL PARTIES SHALL BE COUNSELLED BY THEIR RESPECTIVE
ATTORNEYS SO AS TO BE PREPARED TO CONSIDER SETTLEMENT REASONABLY REFLEC-
TIVE OF THE ISSUES IN THIS CASE, THE EVIDENCE BEARING THEREON, THE APPLI-
CABLE LAW AND THE RANGE OF POSSIBLE RESULTS IN AN ADJUDICATION.  <u>EACH
PARTY NECESSARY TO CONSIDERATION OF SETTLEMENT SHALL BE IN COURT AT THE
TIME SET FORTH ABOVE</u>.

AT LEAST TWO (2) DAYS BEFORE THE CONFERENCE DATE, EACH PARTY SHALL
SUBMIT TO CHAMBERS A MARKED CONFIDENTIAL EX PARTE STATEMENT OF THE FOLLOWING:

1) ALL CLAIMS; 2) FACTUAL BASIS FOR CLAIMS (INCLUDING DAMAGES); 3) RANGE
OF POSSIBLE RECOVERY; 4) PROBABLE RANGE OF RECOVERY; 5) PROSPECTS FOR
SUCCESS AND REASONS THEREFOR; 6) SETTLEMENT DEMANDS/OFFERS INCLUDING
THE ELEMENTS AND STRUCTURE OF POSSIBLE SETTLEMENT.


3-01-cv-1203   (AVC) Cotton v Bowen
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COUNSEL OF RECORD:

| | |
|---|---|
| John J. Bogdanski | Howd & Ludorf, 65 Wethersfield Ave., Hartford, CT 860-249-1361 |
| Thomas R. Gerarde | Howd & Ludorf, 65 Wethersfield Ave., Hartford, CT 860-249-1361 |
| Kimball Haines Hunt | Hunt, Leibert, Chester & Jacobson, 94 Hungerford St., Hartford, CT 860-246-5889 |
| John J. Radshaw III. | Howd & Ludorf, 65 Wethersfield Ave., Hartford, CT 860-249-1361 |

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK