UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ESTATE OF DAVID COTTON

V.  CASE NO. 3:01CV01203(AVC)

RICHARD J. BOWEN, IV,
JEFFREY ANGELL and
TOWN OF WINDSOR LOCKS

NOTICE TO COUNSEL

The above-entitled case was reported to the Court to be settled on November 6, 2003. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

However, in this case, judgment will be entered on January 6, 2004, unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not, in fact, settled.

Dated at Hartford, Connecticut, this 6th day of November, 2003.

KEVIN F. ROWE, Clerk


By: ___/s/  JW_____
Jo-Ann Walker
Deputy Clerk