UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ESTATE OF DAVID COTTON

      V.                                      CASE NO. 3:01CV01203(AVC)

RICHARD J. BOWEN, IV, JEFFREY
ANGELL and TOWN OF WINDSOR
LOCKS

## JUDGMENT

Counsel of record having reported to the Court on November 6, 2003, that the above-entitled case has settled, and no closing papers having been filed to date; it is hereby

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any party to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, this 14th day of January, 2004.

                                                                     KEVIN F. ROWE, CLERK

                                                                     By      /s/ JW
                                                                           Jo-Ann Walker
                                                                           Deputy Clerk

EOD: