UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ESTATE OF DAVID COTTON | : | NO.: 3:01 CV 1203 (AVC) |
| | : | |
| v. | : | |
| | : | |
| RICHARD J. BOWEN, IV, JEFFREY | : | |
| ANGELL, TOWN OF WINDSOR LOCKS | : | DECEMBER 9, 2003 |

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(A)(2), the plaintiff, SAMUEL SAYLOR, Administrator of the ESTATE OF DAVID COTTON and the defendants, RICHARD J. BOWEN, DANIEL SQUIRES, JEFFREY ANGELL, and the TOWN OF WINDSOR LOCKS, hereby stipulate for dismissal of the present action with prejudice and without costs or attorney's fees to any party.

| THE PLAINTIFF, | THE DEFENDANTS, |
|---|---|
| SAMUEL SAYLOR, ADMINISTRATOR OF THE ESTATE OF DAVID COTTON | RICHARD J. BOWEN, IV, JEFFREY ANGELL, DANIEL SQUIRES and TOWN OF WINDSOR LOCKS |

| | |
|---|---|
| /s/Kimball Haines Hunt | /s/John J. Radshaw, III |
| Kimball Haines Hunt, Esquire | Thomas R. Gerarde, ct05640 |
| Gerald M. Beaudoin, Esquire | John J. Radshaw, III, ct19882 |
| HUNT, LEIBERT, CHESTER & JACOBSON, PC | HOWD & LUDORF |
| 50 Weston Street | 65 Wethersfield Avenue |
| Hartford, CT 06120 | Hartford, CT 06114-1190 |
| (860) 246-5889 | (860) 249-1361 |
| (860) 808-0623 (fax) | (860) 249-7665 (fax) |

2

## **C E R T I F I C A T I O N**

      This is to certify that a copy of the foregoing has been sent, handling charges prepaid, via U.S. Mail to the following counsel of record this 14th day of February, 2004.

Kimball Haines Hunt, Esquire
HUNT, LEIBERT, CHESTER & JACOBSON, P.C.
50 Weston Street
Hartford, CT  06120

                                      /s/John J. Radshaw, III
                                      John J. Radshaw, III