## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| ESTATE OF DAVID COTTON | : NO.: 3:01 CV 1203 (AVC) |
| v. | : |
| RICHARD J. BOWEN, IV, JEFFREY ANGELL, TOWN OF WINDSOR LOCKS | : DECEMBER 9, 2003 |

### STIPULATION FOR DISMISSAL

Pursuant to Fed.R.Civ.P. 41(A)(2), the plaintiff, SAMUEL SAYLOR, Administrator of the ESTATE OF DAVID COTTON and the defendants, RICHARD J. BOWEN, DANIEL SQUIRES, JEFFREY ANGELL, and the TOWN OF WINDSOR LOCKS, hereby stipulate for dismissal of the present action with prejudice and without costs or attorney's fees to any party.

THE PLAINTIFF,
SAMUEL SAYLOR, ADMINISTRATOR OF
THE ESTATE OF DAVID COTTON

_____
Kimball Haines Hunt, Esquire
Gerald M. Beaudoin, Esquire
HUNT, LEIBERT, CHESTER
 & JACOBSON, PC
50 Weston Street
Hartford, CT 06120
(860) 246-5889
(860) 808-0623 (fax)

THE DEFENDANTS,
RICHARD J. BOWEN, IV, JEFFREY
ANGELL, DANIEL SQUIRES and TOWN
OF WINDSOR LOCKS

_____
Thomas R. Gerarde, ct05640
John J. Radshaw, III, ct19882
HOWD & LUDORF
65 Wethersfield Avenue
Hartford, CT 06114-1190
(860) 249-1361
(860) 249-7665 (fax)

**ORDERED ACCORDINGLY**
KEVIN F. ROWE
Clerk, U.S. District Court
By _____
    Deputy Clerk