MANDATE

*NHCT*
*01-cv-1203*
*Corello*

UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT

FILED
Mar 18  2 16 PM '04

ESTATE OF DAVID COTTON : NO.: 03-9176

v. :

RICHARD J. BOWEN, IV, JEFFREY :
ANGELL, TOWN OF WINDSOR LOCKS : DECEMBER 9, 2003

*(FILED MAR 2 2004 — U.S. COURT OF APPEALS SECOND CIRCUIT)*

## STIPULATION FOR DISMISSAL

Pursuant to Fed.R.A.P. 42(b), the plaintiff-appellee, SAMUEL SAYLOR, Administrator of the ESTATE OF DAVID COTTON and the defendant-appellants, RICHARD J. BOWEN, DANIEL SQUIRES, JEFFREY ANGELL, and the TOWN OF WINDSOR LOCKS, hereby stipulate for dismissal of the present appeal dated October 24, 2003 with prejudice and without costs or attorney's fees to any party.

| | |
|---|---|
| THE PLAINTIFF, | THE DEFENDANTS, |
| SAMUEL SAYLOR, ADMINISTRATOR OF | RICHARD J. BOWEN, IV, JEFFREY |
| THE ESTATE OF DAVID COTTON | ANGELL, DANIEL SQUIRES and TOWN |
| | OF WINDSOR LOCKS |
| | |
| _____ | _____ |
| Kimball Haines Hunt, Esquire | Thomas R. Gerarde, ct05640 |
| Gerald M. Beaudoin, Esquire | John J. Radshaw, III, ct19882 |
| HUNT, LEIBERT, CHESTER | HOWD & LUDORF |
| & JACOBSON, PC | 65 Wethersfield Avenue |
| 50 Weston Street | Hartford, CT 06114-1190 |
| Hartford, CT 06120 | (860) 249-1361 |
| (860) 246-5889 | (860) 249-7665 (fax) |
| (860) 808-0623 (fax) | |

So ORDERED:

FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Stanley A. Bass, Staff Counsel

March 2, 2004

A TRUE COPY
Roseann B. MacKechnie, CLERK

by _____
DEPUTY CLERK

CERTIFIED: 3/12/04